## TRANSCRIPT PURCHASE ORDER
### For Third Circuit Court of Appeals

| District Court | Eastern District of Pennsylvania | Court of Appeals Docket No. | 12-2062 |
|---|---|---|---|
| | | District Court Docket No. | 09-CV-61032 |

Short Case Title: Lundgren v. AP Green Industries Inc., et al.,

Date Notice of Appeal Filed by Clerk of District Court: 4/11/2012

**Part I.** (To be completed by party responsible for ordering transcript)
**A. Check one** of the following and **serve ALL COPIES**:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

TRANSCRIPT:

✓ None

___ Unnecessary for appeal purposes.

___ Already on file in the District Court Clerk's office.

___ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

___ Voir dire          ___ Opening Statement of Plaintiff       ___ Opening Statement of Defendant
___ Closing Argument of Plaintiff   ___ Closing Argument of Defendant
___ Jury Instructions  ___ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

___ CJA Form submitted to District Court Judge     ___ Motion for Transcript has been submitted to District Court
___ CJA Form submitted to Court of Appeals         ___ Private Funds

| Signature | /S/ Brian A. Schroeder | Date | 5/1/2012 |
|---|---|---|---|
| Print Name | Brian A. Schroeder | Counsel for | Appellant Michael Lundgren |
| Address | 134 W. Slade St., Ste. 3, Palatine, IL 60067 | Telephone | 847-496-5930, 312-944-0600 |

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

___ Arrangements for payment were made on _____

___ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Name of Court Reporter | Telephone |
|---|---|---|

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. Notification must be forwarded to Court of Appeals on the same date.) This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____                     Signature of Court Reporter _____