IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI) : MDL DOCKET NO. 875

VARIOUS PLAINTIFFS : 09-61032

v.

VARIOUS DEFENDANTS   Cases listed in Exhibit "A," attached

FILED MAY 2 2 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### O R D E R

**AND NOW**, this **21st** day of **May, 2012**, it is hereby **ORDERED** that the Orders in the cases listed in Exhibit "A" dismissing the cases are **VACATED** as having been entered in error.

**IT IS SO ORDERED.**

Eduardo C. Robreno, J.

**EXHIBIT A**

10-67877

09-61032